552 A.2d 666

**Leslie WARE, Petitioner,**

v.

**Joseph McKNIGHT.**

Supreme Court of Pennsylvania.

Nov. 17, 1988.

90

## ORDER

PER CURIAM.

AND NOW, this 17th day of November, 1988, the Petition for Review is GRANTED and the case is REMANDED to the Court of Common Pleas, Philadelphia County, Family Court Division.

It is also ORDERED that the case be reopened, that the stipulation as to blood test results and the blood tests themselves be admitted into evidence.